Corinne Chandler, Esq. State Bar No. 111423
  E-Mail: cchandler@kantorlaw.net
Brent D. Brehm, Esq. State Bar No. 248983
  E-Mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Penelope Pahl

OCT 15 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE PAHL, | CASE NO: |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| VS. | |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF WEINBERG, ROGER & ROSENFELD; | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff Penelope Pahl certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

1     The following is a list of the names of all such parties with their connection and
2 interest herein:

    1.    Penelope Pahl

    2.    Jefferson Pilot Financial Insurance Company

    3.    Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld.

DATED: October 12, 2007        KANTOR & KANTOR, LLP

BY _/s/ Corinne Chandler_
CORINNE CHANDLER
ATTORNEY FOR PLAINTIFF
PENELOPE PAHL