# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PENELOPE PAHL,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY
and GROUP LONG TERM DISABILITY INSURANCE FOR
EMPLOYEES OF WEINBERG, ROGER & ROSENFELD;

TO: (Name and address of defendant)
JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and
GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF WEINBERG, ROGER &
ROSENFELD;

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Corinne Chandler, Esq,
Kantor & Kantor LLP
17216 Parthenia Street
Northridge, California 91325

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 1 5 2007

DATE

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

NDCA0440