BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL, State Bar No. 089046
E-Mail: mbell@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: 213.236.0600
Facsimile: 213.236.2700

Attorneys for Defendants
Jefferson Pilot Financial Insurance Company
and Group Long Term Disability Insurance
for Employees of Weinberg, Roger &
Rosenfeld

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE PAHL,<br><br>             Plaintiff,<br><br>v.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF WEINBERG, ROGER & ROSENFELD,<br><br>             Defendant. | CASE NO. C 07-5253 MMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

        IT IS HEREBY STIPULATED by and between Plaintiff Penelope Pahl, and Defendants Jefferson Pilot Financial Insurance Company and Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld, by and through their respective counsel, that said Defendants have an extension of time and must answer or otherwise plead to Plaintiff's Complaint on or before December 12, 2007.

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-2947-2258 v1

C 07-5253 MMC
STIPULATION FOR EXTENSION OF TIME

1  Said extension to plead was requested so that defense counsel could have
2  time to review his client's file.

3  DATED: November 7, 2007         KANTOR & KANTOR, LLP
4                                  CORINNE CHANDLER
5                                  BRENT D. BREHM

6
7  By: _____
        BRENT D. BREHM
8       Attorneys for Plaintiff Penelope Pahl

9

10 DATED: November 7, 2007         BURKE, WILLIAMS & SORENSEN, LLP
11                                 MICHAEL F. BELL
12
13 By: _____
        MICHAEL F. BELL
14      Attorneys for Defendants
        Jefferson Pilot Financial Insurance
15      Company [and Group Long Term
        Disability Insurance for Employees of
16      Weinberg, Roger & Rosenfeld

17
18
19
20
21
22
23
24
25
26
27
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-2947-2258 v1          - 2 -        C 07-5253 MMC
                                            STIPULATION FOR EXTENSION OF TIME