1  BURKE, WILLIAMS & SORENSEN, LLP
   MICHAEL F. BELL, State Bar No. 089046
2  E-Mail:  mbell@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Telephone:  (213) 236-0600
4  Facsimile:   (213) 236-2700

5  Attorneys for Defendants
   Jefferson Pilot Financial Insurance Company
6  and Group Long Term Disability Insurance
   for Employees of Weinberg, Roger &
7  Rosenfeld

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PENELOPE PAHL,<br><br>12           Plaintiff,<br><br>13  v.<br><br>14  JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and<br>15  GROUP LONG TERM DISABILITY INSURANCE FOR<br>16  EMPLOYHEES OF WEINBERG, ROGER & ROSENFELD,<br>17<br>     Defendant. | CASE NO.  C 07-5253 MMC<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

18

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21  persons, associations of persons, firms, partnerships, corporations (including parent

22  corporations) or other entities (i) have a financial interest in the subject matter in

23  controversy or in a party to the proceedings, or (ii) have a non-financial interest in

24  that subject matter or in a party that could be substantially affected by the outcome

25  of this proceeding:

26       1.   Plaintiff, Penelope Pahl;

27       2.   Defendant Jefferson Pilot Financial Insurance Company; and

28  / / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4818-0449-4082 v1

CASE NO. C 07-5253 MMC
DEFS' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

3. Defendant, Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld.

DATED: December 12, 2007   BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL

By: */s/ Michael F. Bell*
MICHAEL F. BELL
Attorneys for Defendants
Jefferson Pilot Financial Insurance Company and Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld