1  BURKE, WILLIAMS & SORENSEN, LLP
   MICHAEL F. BELL, State Bar No. 089046
2  E-Mail:  mbell@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Telephone:  (213) 236-0600
4  Facsimile:   (213) 236-2700

5  Attorneys for Defendants
   Jefferson Pilot Financial Insurance Company
6  and Group Long Term Disability Insurance
   for Employees of Weinberg, Roger &
7  Rosenfeld

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | PENELOPE PAHL,                          | CASE NO.  C 07-5253 MMC
12 |            Plaintiff,                   | **DEFENDANTS' AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 | v.                                      |
14 | JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and
15 | GROUP LONG TERM DISABILITY INSURANCE FOR
16 | EMPLOYHEES OF WEINBERG, ROGER & ROSENFELD,
17 |            Defendant.
18

19

20         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21 persons, associations of persons, firms, partnerships, corporations (including parent

22 corporations) or other entities (i) have a financial interest in the subject matter in

23 controversy or in a party to the proceedings, or (ii) have a non-financial interest in

24 that subject matter or in a party that could be substantially affected by the outcome

25 of this proceeding:

26 / / /

27 / / /

28 / / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-0305-6386 v1

CASE NO. C 07-5253 MMC
DEFS' AMENDED CERTIFICATION OF INTERESTED ENTITIES

1. Plaintiff, Penelope Pahl;

2. The Lincoln National Life Insurance Company, as successor-in-interest, effective July 2, 2007, to Defendant Jefferson Pilot Financial Insurance Company;

3. Lincoln National Corporation; and

4. Defendant, Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld.

DATED:  December 12, 2007

BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL

By: */s/ Michael F. Bell*
MICHAEL F. BELL
Attorneys for Defendants
Jefferson Pilot Financial Insurance Company and Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-0305-6386 v1

- 2 -

CASE NO. C 07-5253 MMC
DEFS' AMENDED CERTIFICATION OF INTERESTED ENTITIES