UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENELOPE PAHL

                            CASE NO. 3 07-CV-05253-MMC

         Plaintiff(s),

         v.                         STIPULATION AND [PROPOSED]
JEFFERSON PILOT FINANCIAL        ORDER SELECTING ADR PROCESS
INSURANCE COMPANY, et al
         Defendant(s).
_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓      Private ADR *(please identify process and provider)*  ADR Services, Los Angeles


The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

         other requested deadline _____

Dated: 1/3/2008

                                                   Attorney for Plaintiff

Dated: 1/3/2008

                                                   Attorney for Defendant

| When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation." |
|---|

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____                              _____

                                                                                UNITED STATES DISTRICT    JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my19839 Nordhoff Street, Northridge, California 91324.

      On January 4, 2008, I served the foregoing document described as: **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** on the interested parties in this action by personally serving a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael F. Bell, Esq.
Burke, Williams & Sorensen LLP
444 S. Flower Street, #2400
Los Angeles, CA 90071

[ ]    (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]    (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]    (BY FEDERAL EXPRESS) I caused such envelope to be delivered on January 19, 2005 by Federal Express to the office of the addressee so indicated.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 4, 2008, at Northridge, California.

*/s/ Mildred Schwam*
Mildred Schwam