Corinne Chandler, Esq., SBN 111423
E-Mail: cchandler@kantorlaw.net
Brent Dorian Brehm - SBN 248983
E-Mail: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street, #1B
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff, Penelope Pahl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE PAHL,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF WEINBERG, ROGER & ROSENFELD;<br><br>　　　　Defendants. | CASE NO: 3:07-CV-05253-MMC<br><br>PLAINTIFF'S REQUEST TO PARTICIPATE BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:　　January 25, 2008<br>Time:　　10:30 a.m. |

　　　　Pursuant to Local Rule 16-10 plaintiff's counsel hereby requests to appear telephonically at the Initial Case Management Conference set for January 25, 2008 at 10:30 a.m.

DATED: January 10, 2008　　　　　　　　KANTOR & KANTOR, LLP

　　　　　　　　　　　　　　　　　　　　BY _____
　　　　　　　　　　　　　　　　　　　　Brent Dorian Brehm
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Penelope Pahl

# **PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

On January 10, 2008, I served the foregoing document described as: PLAINTIFF'S REQUEST TO PARTICIPATE BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE on the interested parties in this action by personally serving a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael F. Bell, Esq.
Burke, Williams & Sorensen LLP
444 S. Flower Street, #2400
Los Angeles, CA 90071

[ ]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]   (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]   (BY FEDERAL EXPRESS) I caused such envelope to be delivered on January 19, 2005 by Federal Express to the office of the addressee so indicated .

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 10, 2008, at Northridge, California.

*Mildred Schwam*
Mildred Schwam