IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE PAHL,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C-07-5253 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICIPATE BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of plaintiff's "Request to Participate by Telephone at Initial Case Management Conference," filed January 10, 2008.

    Because counsel for all parties maintain their offices in Southern California, the request is hereby GRANTED. Counsel for all parties shall appear by telephone at the January 25, 2008 Case Management Conference.

    **IT IS SO ORDERED.**

Dated: January 11, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge