**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-Filing

Date: JAN 25 2008

C-07-5253-MMC

Penelope Pahl v. Jefferson Pilot Financial Ins. Co.

Attorneys: Brent Beehm    Michael Bell

Deputy Clerk: **TRACY LUCERO**   Reporter: Not Reported

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference (by phone)

**ORDERED AFTER HEARING:**

π's opening brief due 9/19/08, Δ's response due 10/10/08, π's reply due 10/24/08. Deadline for Δ to request sur-reply is 10/29/08.

( ) ORDER TO BE PREPARED BY:   Pintf____ Deft____ Court____

( ) Referred to Magistrate For:_____
( )By Court
(✓) CASE CONTINUED TO 11/14/08 @ 9:00 for Hearing on Trial Briefs (½ to 1 day)

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Pintf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_____   Set for ___ days
Type of Trial: ( )Jury  ( )Court
Notes: _____

Private mediation deadline is extended to May 30, 2008.

(20 min)