BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL, State Bar No. 089046
E-Mail: mbell@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendants
Jefferson Pilot Financial Insurance Company
and Group Long Term Disability Insurance
for Employees of Weinberg, Roger &
Rosenfeld

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENELOPE PAHL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY and GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYHEES OF WEINBERG, ROGER & ROSENFELD,<br><br>　　　　Defendant. | CASE NO. C 07-5253 MMC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; (PROPOSED) ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Penelope Pahl and Defendants Jefferson Pilot Financial Insurance Company and Group Long Term Disability Insurance for Employees of Weinberg, Roger & Rosenfeld that this

/ / /
/ / /
/ / /
/ / /
/ / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-9701-4274 v1

CASE NO. C 07-5253 MMC
STIPULATION FOR DISMISSAL; (PROPOSED)
ORDER

action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: May 23, 2008

KANTOR & KANTOR, LLP
CORINNE CHANDLER
BRENT DORIAN BREHM

By: _____
BRENT DORIAN BREHM
Attorneys for Plaintiff
Penelope Pahl

DATED: June 2, 2008

BURKE, WILLIAMS & SORENSEN, LLP
MICHAEL F. BELL

By: _____
MICHAEL F. BELL
Attorneys for Defendants
Jefferson Pilot Financial Insurance
Company and Group Long Term
Disability Insurance for Employees of
Weinberg, Roger & Rosenfeld

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants. Each party to bear their own costs and attorney's fees.

DATED: June 4, 2008

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-9701-4274 v1

- 2 -

CASE NO. C 07-5253 MMC
STIPULATION FOR DISMISSAL; (PROPOSED) ORDER